STATE of Missouri, Respondent,

v.

Brian BRUCE-BEY, Appellant.

No. WD 49930.

Missouri Court of Appeals,
Western District.

Dec. 26, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1996.

Brian Bruce, Moberly, Pro Se.

Philip M. Koppe, Asst. Attorney General, Kansas City, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

Brian Bruce-Bey appeals the judgment of conviction for burglary in the second degree. He challenges the sufficiency of the state's evidence against him and the circuit court's refusal to give him a new appointed counsel. He also claims that the circuit court erred in denying him a new trial because of newly-discovered evidence and in classifying him as a Class X offender. We find no merit to his claims. Discerning no jurisprudential value in publishing an opinion, we issue this summary order affirming the circuit court's judgment. Rule 30.25(b).